IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARKAYLA SMITH,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | No. 3:25-CV-949-B-BW |
| CITY OF GARLAND,<br>    Defendant. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Judge reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

Signed on January 29th, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE